**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1317

JOSEPH PRITCHARD; IRIS KORNEGAY PRITCHARD,

Plaintiffs - Appellants,

versus

ELIZABETH JILL SLADOJE,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:06-cv-00278)

Submitted: October 18, 2007          Decided: October 22, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Pritchard; Iris Kornegay Pritchard, Appellants Pro Se. Michael J. Kitson, CLAWSON & STAUBES, PLLC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Pritchard and Iris Kornegay Pritchard appeal the district court's order dismissing their civil action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pritchard v. Sladoje, No. 3:06-cv-00278 (W.D.N.C. Mar. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED